### In re COGAN.

(Circuit Court of Appeals, Second Circuit. October 12, 1915.)

CERTIORARI ⊜⇒5—NATURE AND GROUNDS—EXISTENCE OF REMEDY BY APPEAL.
    Certiorari will not lie to review the action of a District Court or judge in granting or refusing an injunction, which is reviewable by appeal.
    [Ed. Note.—For other cases, see Certiorari, Cent. Dig. §§ 5, 6; Dec. Dig. ⊜⇒5.]

In the matter of the application of William H. Cogan for a writ of certiorari directed to the District Court of the United States for the Southern District of New York. Application denied.

Wm. H. Cogan, pro se.

Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. When a party considers himself aggrieved by the action of a District Court or of a District Judge in granting or refusing an injunction, he may review such action by appeal. See section 129, Judicial Code (Act March 3, 1911, c. 231, 36 Stat. 1134 [Comp. St. 1913, § 1121]). Certiorari to review will not lie.

This certainly is not an appeal; indeed, the papers fail to indicate that suit in equity was ever brought. Apparently no process was ever served, and no bill of complaint was ever filed.

Motion denied.